# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 277 WAL 2023

Respondent   :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.   :

HAROLD WALKER,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

> Did the Trial Court err in allowing the following *voir dire* question as it impermissibly sought to disclose what a juror's present opinion would have been under certain facts that were to be developed in the case, was in the nature of a jury instruction and/or was an incorrect statement of law: "Under Pennsylvania law, the testimony of the alleged victim standing alone, if believed by you, is sufficient proof upon which to find the defendant guilty in a sexual assault case. Thus, you may find the defendant guilty if the testimony of the alleged victim convinces you beyond a reasonable doubt that the defendant is guilty. Would you be able to follow this principle of law?"

    The Prothonotary is **DIRECTED** to list this matter for oral argument at the same session as, and consecutive to, *Commonwealth v. Smith*, 234-235 EAL 2023.